AO 121 (6/90)

| TO: | |
|---|---|
| **COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OF DETERMINATION OF AN ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>13C6143 | DATE FILED<br>8/28/2013 | UNITED STATES DISTRICT COURT,<br>NORTHERN DISTRICT OF ILLINOIS,<br>EASTERN DIVISION |
|---|---|---|
| PLAINTIFFS | | DEFENDANTS |
| **TRADEMARK NUMBER**<br>5,675,507 | **DATE OF TRADEMARK**<br>10/07/1977 | **HOLDER OF PATENT OR TRADEMARK**<br>**Message Storage and Delivery System, Charles R. Bobo, II** |
| 5,870,549 | 02/09/1999 | " "     " " |
| US 7,934,148 B2 | 04/26/2011 | **Systems and Method for Storing, Delivering, and Managing Messages, Charles R. Bobo, II** |

In the above-entitled case, the following trademarks(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment     [ ] Answer     [ ] Cross Bill     [ ] Other Pleading | |
|---|---|---|
| **TRADEMARK NUMBER** | **DATE OF TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1. | | |
| 2. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| CLERK<br><br>THOMAS G. BRUTON | (BY) DEPUTY CLERK<br><br>/s/ Thelma Murry-Sykes | DATE<br><br>08/29/2013 |

1