```
                                        Judge Lefkow
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that *13C 6143*, *Huster v. j2 Global Communications, Inc., et al.,* was assigned on August 28, 2013 to the calendar of the Hon. Samuel Der-Yeghiayan due to clerical error; and

It appearing that the Hon. Joan H. Lefkow is presiding over MDL 2371 (12 C 6286, *In Re: Unified Messaging Solutions LLC Patent Litigation*; and

It further appearing that case *13 C 6143, Huster v. j2 Global Communications, Inc., et al.* pending before the Hon. Samuel Der-Yeghiayan falls within the scope of MDL 2371; therefore

It is ordered, that case *13 C 6143* be directly reassigned Judge Lefkow.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge Rubén Castillo

Dated at Chicago, Illinois this 3rd day of September, 2013.