AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Phyllis A. Huster,

   Plaintiff,

             V.

J2 Global, Inc., Advanced Messaging Technologies, Inc., Unified Messaging Solutions, LLC, Acacia Patent Acquisition, LLC, and Charles R. Bobo II, defendants

CASE NUMBER: 1:13-cv-6143

ASSIGNED JUDGE: Hon. Joan H. Lefkow

DESIGNATED MAGISTRATE JUDGE: Hon. Shiela M. Finnegan

TO: (Name and address of Defendant)

Legal Department
Advanced Messaging Technologies, Inc.
6922 Hollywood Blvd.
Los Angeles, CA 90028

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John R Crossan
Crossan Intellectual Property Law, LLC
444 N Michigan Ave., #2600
Chicago, IL 606113903

jrc@crossaniplaw.com  fax: 312-264-0770

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 09/05/2013 @ 01:26pm |
| NAME OF SERVER *(PRINT)* Sarah Thompson, Los Angeles County Reg. # 6679 | TITLE Owner, L.A. Process Servers |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 6922 Hollywood Boulevard, Main Lobby, Los Angeles CA 90028, Served David Guerrero, Subpoena Processing Dept., Authorized to accept service.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 09/05/2013
Date

Signature of Server Sarah Thompson
L.A. Process Servers
1304 N. Highland Ave., #274
Los Angeles, CA 90028
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.