**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Phyllis A. Huster, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2013-cv-06143 |
| | ) | |
| J2 Global Communication, Inc., | ) | Honorable Joan H. Lefkow |
| Advanced Messaging Technologies, Inc., | ) | |
| Unified Messaging Solutions, LLC, | ) | |
| Acacia Patent Acquisition LLC, and | ) | |
| Charles R. Bobo II, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR AN EXTENSION OF
TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants j2 Global, Inc. (erroneously sued herein as j2 Global

Communications, Inc.) and Advanced Messaging Technologies, Inc. ("j2 Defendants"), by their

attorneys, request an extension of time to answer or otherwise plead to Plaintiff's Complaint, and

in support state as follows:

1.      Plaintiff served the j2 Defendants with the Complaint on or about

September 5, 2013. Absent extension, the j2 Defendants must answer or otherwise respond to

the Complaint by September 26, 2013. On or about September 12, 2013, Defendants Unified

Messaging Solutions LLC and Acacia Patent Acquisition LLC were served with the Complaint.

To date, Mr. Bobo has not been served. Defendants intend to coordinate their respective

responses to the Complaint, including setting a single presentment date for their respective

motions to dismiss.

2.      The j2 Defendants respectfully request additional time, until October 28,

2013 to prepare a response to the Complaint and coordinate their motion to dismiss with that of

the other Defendants.  The j2 Defendants require the extension to properly investigate the facts and law and to prepare an appropriate response to the Complaint.

3.      The j2 Defendants' request is not sought for the purpose of delaying the proceedings, and does not prejudice any party.  Indeed, upon information and belief, Plaintiff has not yet served all named defendants in this action.

4.      Counsel for j2 Defendants contacted counsel for Plaintiff regarding the extension sought by this Motion.  Counsel for Plaintiff refused to agree to more than a 14-day extension, necessitating the filing of this Motion.

WHEREFORE, for the reasons stated above, the j2 Defendants respectfully request that this Court allow them to and including October 28, 2013 to answer or otherwise plead to the Complaint.

Dated: September 19, 2013                    Respectfully submitted,


                                             s/William B. Berndt
                                             William B. Berndt

                                             Paula E. Litt
                                             William B. Berndt
                                             SCHOPF & WEISS LLP
                                             One South Wacker Drive, 28th Floor
                                             Chicago, Illinois 60606
                                             Phone:  (312) 701-9300
                                             Facsimile:  (312) 701-9335

3

Brian R. England (*pro hac vice* pending)
Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, California 90067
Phone:  (310) 712-6600
Facsimile:  (310) 712-8800

Attorneys for Defendants j2 Global, Inc. and
Advanced Messaging Technologies, Inc.

4

## CERTIFICATE OF SERVICE

I, William B. Berndt, an attorney, hereby certify that I caused a copy of the

foregoing **Motion for an Extension of Time to Answer or Otherwise Plead** to be filed

electronically with the Clerk of the Court using the CM/ECF system on this 19th day of

September, 2013, which will automatically forward notice to all counsel of record.


/s/William B. Berndt_____
William B. Berndt