# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| PHYLLIS A. HUSTER., | ) | Civil Action No. 1:13-cv-6143 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Joan Humphrey Lefkow |
| v. | ) | |
| | ) | |
| J2 GLOBAL COMMUNICATION, INC., | ) | Magistrate Judge Gilbert |
| ADVANCED MESSAGING TECHNOLOGIES, INC., | ) | |
| UNIFIED MESSAGING SOLUTIONS, LLC, | ) | |
| ACACIA PATENT ACQUISITION LLC, AND | ) | |
| CHARLES R. BOBO II, | ) | |
| | ) | |
| Defendants. | ) | |

## CHARLES R. BOBO II'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P 12(B)(2) FOR LACK OF PERSONAL JURISDICTION

Defendant, Charles R. Bobo II, pursuant to Fed. R. Civ. P. 12(b)(2), moves the Court to dismiss Plaintiff's complaint for lack of personal jurisdiction. This Motion is supported by a Memorandum in Support and the Declaration of Charles R. Bobo filed concurrently herewith.

Mr. Bobo also respectfully and separately joins in Defendants' Motion and accompanying Memorandum in Support of Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(3) and 12(b)(6) and To Strike Request for Damages Under Fed. R. Civ. P. 12(f), filed concurrently herewith.

Date: <u>October 28, 2013</u>    <u>/s/ Timothy P. Maloney</u>
Timothy P. Maloney
Jared E. Hedman
FITCH, EVEN, TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: 312/577-7000
Facsimile: 312/577-7007

*Attorneys for Defendant Charles R. Bobo II*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 28, 2013, a copy of the foregoing **CHARLES R. BOBO II'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2) FOR LACK OF PERSONAL JURISDICTION** was caused to be filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and by personal service to Plaintiff's counsel, Mr. John R. Crossan. Parties may access this filing through the Court's system.

<u>*Parties receiving service electronically are as follows*</u>:

John R. Crossan
CROSSAN INTELLECTUAL PROPERTY LAW, LLC
444 N. Michigan Ave., #2600
Chicago, IL 60611-3903
(312) 670-6860
jrc@crossaniplaw.com
[ATTORNEY FOR PLAINTIFF, PHYLLIS A. HUSTER]

Brian R. England
englandb@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East Suite 2100
Los Angeles, CA 90067
(310) 712-6600

William Butler Berndt
berndt@sw.com
Paula Enid Litt
litt@sw.com
SCHOPF & WEISS LLP
One South Wacker Drive 28th Floor
Chicago, IL 60606
(312) 701-9300
[ATTORNEYS FOR DEFENDANTS, J2 GLOBAL COMMUNICATIONS, INC. AND ADVANCED MESSAGING TECHNOLOGIES INC.]

Timothy E. Grochocinski
teg@innovalaw.com
Aaron Ward Purser
apurser@innovalaw.com
INNOVALAW, LLC
1900 Ravinia Place
Orland Park, IL 60462
(314) 853-8146
[ATTORNEYS FOR DEFENDANT, UNIFIED MESSAGING SOLUTIONS, LLC]

Julie Ann Meyer
jameyer@arnstein.com
ARNSTEIN & LEHR, LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
(312) 876-6903
[ATTORNEY FOR DEFENDANT, ACACIA PATENT ACQUISITION, LLC]

/s/ Timothy P. Maloney
*One of the Attorneys for Defendant, Charles R. Bobo II*