IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHYLLIS A. HUSTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> J2 GLOBAL COMMUNICATION, INC., ) <br> ADVANCED MESSAGING TECHNOLOGIES, INC., ) <br> UNIFIED MESSAGING SOLUTIONS, LLC, ) <br> ACACIA PATENT ACQUISITION LLC, AND ) <br> CHARLES R. BOBO II, ) <br> ) <br> Defendants. ) | Civil Action No. 1:13-cv-6143 <br><br> Judge Joan Humphrey Lefkow <br><br> Magistrate Judge Gilbert |

**DECLARATION OF CHARLES R. BOBO II IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2) FOR LACK OF PERSONAL JURISDICTION**

I, Charles R. Bobo II, do hereby declare:

1. I submit this declaration in support of the motion to dismiss for lack of personal jurisdiction to be filed on my behalf. I have personal knowledge regarding the matters stated herein.

2. I have resided in the Atlanta Georgia area since 1982. Before that, I lived in Port Orange, Florida. I have never resided in the state of Illinois.

3. I have long been and continue to be a resident of Georgia. Since 1994 I have lived at 569 Elmwood Dr. NE, Atlanta, Georgia. For the past two years, I have split my time between my home address and 828 Riverside Drive, Holly Hill, Florida, 32117 where I take care of my mother.

4. I was served with the Complaint in this action at my home address in Atlanta on September 30, 2013.

5. I have no connection to Illinois other than a few personal/pleasure visits to the Chicago area over the years. A four day trip in August of 2001 was the last time that I was in Illinois.

6. I have been registered to vote in Georgia since 1987.

7. I have had a Georgia state driver's license continuously since 1985. My car is registered in Georgia.

8. I have filed and/or pay Georgia state income taxes since 1985. I have never paid Illinois state income taxes.

9. I do not own any personal or real property in Illinois. I do not have a bank account, investment account or other assets in Illinois.

10. Since I began my professional career in 1990, all of my places of employment have been in the Atlanta, Georgia area. All of the legal entities that I have formed are located and registered in the state of Georgia. To the best of my recollection, I have never traveled to Illinois in connection with any business activity.

11. I am the named inventor on United States Patent Nos. 5,675,507; 5,870,549; 6,350,066; 6,564,321; 6,857,074; 7,836,141; 7,895,306; 7,895,313; and 7,934,148 ("the patents-in-suit"). These patents relate to systems and methods for transmitting messages, such as facsimiles, voice messages, and data messages using the Internet. The application for the earliest of these related patents, U.S. Patent No. 5,675,507, was filed on April 28, 1995.

12. I understand that the Complaint filed by Ms. Huster alleges that she is the sole inventor, or at least a co-inventor, of the inventions covered by the patents-in-suit. I firmly deny Ms. Huster's allegations, and affirmatively state that I am correctly named as the sole inventor of each of the patents-in-suit.

2

13. I alone conceived of the inventions claimed in the patents-in-suit while working in Atlanta, Georgia. I also built a commercial system embodying inventions covered by one or more of the patents-in-suit. Those activities also occurred in Atlanta. None of my activities relating to my conception, development or reduction-to-practice of the inventions of the patents-in-suit are connected in any way to Illinois.

14. I employed the law firm Hopkins & Thomas, and later Kilpatrick Stockton, LLP, both located in Atlanta, in connection with the preparation and prosecution of my patent applications in the U.S. Patent & Trademark Office.

15. I formed NetOffice, Inc. in about 1994, which was incorporated under Georgia law and registered in Georgia. NetOffice, Inc. offered a service known as "FaxWeb" for transmitting faxes over the Internet. NetOffice, Inc. did not have an office or any other facilities in Illinois, and had no employees in Illinois. I never traveled to Illinois in connection with the business of NetOffice, Inc.

16. In December 1994, NetOffice, Inc. retained Ms. Huster to help promote and sell the FaxWeb service. The company's relationship with Ms. Huster ended in about February or March of 1996, and I have not had any contact with Ms. Huster since that time. All of my dealings with Ms. Huster were centered in Atlanta.

17. On December 15, 1998, and from Atlanta, Georgia, I assigned my entire interest in the patents-in-suit to NetOffice Solutions LLC ("NetOffice Solutions"), a Georgia limited liability company having an office address of 569 Elmwood Dr. NE, Atlanta, Georgia. NetOffice Solutions was a patent holding company, and, after the assignment, all business relating to the patents-in-suit was conducted by NetOffice Solutions and not in my personal capacity. I did not personally travel to Illinois in connection with NetOffice Solutions.

18. On June 24, 2004, NetOffice Solutions assigned all of its right, title, and interest (including causes of action and enforcement rights) in the patents-in-suit and all inventions stated therein to Toast and Jam, Inc., a Delaware corporation having an office at c/o j2 Global Communication, Inc., 6922 Hollywood Boulevard, Suite 500, Los Angeles, California 90028. It is my understanding that ownership was thereafter transferred to j2 Global Communication and later to Advanced Messaging Technologies, Inc. ("AMT"), also having an office at 6922 Hollywood Boulevard, Suite 500, Los Angeles, California 90028. Both j2 Global Communication and AMT are named defendants in this action.

19. As summarized above, I have not personally had any business contacts in Illinois.

20. None of the allegations made by Ms. Huster in the Complaint relates to or arises from any activities, events or contacts in Illinois. Specifically, none of the events relating to my conception or development of the inventions claimed in the patents-in-suit took place in Illinois; none of my activities relating to Ms. Huster occurred in Illinois; and none of the events relating to my pursuit of the patents-in-suit through patent counsel occurred in or relate in any way to Illinois. I am not aware of any connection between Ms. Huster's claims and the state of Illinois. I certainly never expected that, as a result of my few, infrequent personal/pleasure visits to Illinois unrelated to my inventions or Ms. Huster, that I could be forced to defend myself against her lawsuit in a court in Illinois.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of October, 2013

_____
CHARLES R. BOBO II

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 28, 2013, a copy of the foregoing **DECLARATION OF CHARLES R. BOBO II IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(2) FOR LACK OF PERSONAL JURISDICTION** was caused to be filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and by personal service to Plaintiff's counsel, Mr. John R. Crossan. Parties may access this filing through the Court's system.

*<u>Parties receiving service electronically are as follows</u>:*

John R. Crossan
CROSSAN INTELLECTUAL PROPERTY LAW, LLC
444 N. Michigan Ave., #2600
Chicago, IL 60611-3903
(312) 670-6860
jrc@crossaniplaw.com
[ATTORNEY FOR PLAINTIFF, PHYLLIS A. HUSTER]

Brian R. England
englandb@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East Suite 2100
Los Angeles, CA 90067
(310) 712-6600

William Butler Berndt
berndt@sw.com
Paula Enid Litt
litt@sw.com
SCHOPF & WEISS LLP
One South Wacker Drive 28th Floor
Chicago, IL 60606
(312) 701-9300
[ATTORNEYS FOR DEFENDANTS, J2 GLOBAL COMMUNICATIONS, INC. AND ADVANCED MESSAGING TECHNOLOGIES INC.]

Timothy E. Grochocinski
teg@innovalaw.com
Aaron Ward Purser
apurser@innovalaw.com
INNOVALAW, LLC
1900 Ravinia Place
Orland Park, IL 60462
(314) 853-8146
[ATTORNEYS FOR DEFENDANT, UNIFIED MESSAGING SOLUTIONS, LLC]

Julie Ann Meyer
jameyer@arnstein.com
ARNSTEIN & LEHR, LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
(312) 876-6903
[ATTORNEY FOR DEFENDANT, ACACIA PATENT ACQUISITION, LLC]

/s/ Timothy P. Maloney
*One of the Attorneys for Defendant, Charles R. Bobo II*