IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Phyllis A. Huster, | Case No. 13-cv-06143 |
| Plaintiff, | Honorable Joan H. Lefkow |
| v. | |
| J2 Global Communication, Inc., Advanced Messaging Technologies, Inc., Unified Messaging Solutions, LLC, Acacia Patent Acquisition LLC, and Charles R. Bobo II, | |
| Defendants. | |

## DEFENDANT ACACIA RESEARCH GROUP LLC'S MOTION TO DISMISS

Defendant, Acacia Research Group LLL[1] ("Acacia"), respectfully submit this Motion to Dismiss Plaintiff Phyllis Huster's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction or, alternatively, under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. In the alternative, Acacia respectfully requests that this Court grant Defendants' motion to dismiss based on improper venue and/or that Plaintiff's claim is barred by laches as a matter of law, which is filed concurrently by Defendants UMS, AMT, J2, Acacia and Charles R. Bobo II.

For the reasons set forth above and in Acacia's Memorandum submitted in support of this Motion, the Court should dismiss this case.

Respectfully submitted,

/s Julie A. Meyer

---

[1] Acacia Research Group LLC is incorrectly named in the Complaint as "Acacia Patent Acquisition LLC"

Julie Ann Meyer
ARNSTEIN & LEHR LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
312) 876-7100

Marc J. Schneider (pro hac vice motion pending)
Sarah S. Brooks (pro hac vice motion pending)
STRADLING, YOCCA, CARLSON, & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Telephone: (949) 725-4000
Facsimile: (949) 725-4100
mschneider@sycr.com
sbrooks@sycr.com
Attorneys for Defendant ACACIA RESEARCH
GROUP, LLC

11297370.1

## CERTIFICATE OF SERVICE

I, Julie A. Meyer, attorney for Defendant ACACIA RESEARCH GROUP LLC, certify that the foregoing **DEFENDANT ACACIA RESEARCH GROUP LLC'S MOTION TO DISMISS** was filed electronically with the Clerk of the Court using the CM/ECF system on October 28, 2013, which will automatically send email notifications of such filing to all counsel of record.

s/ Julie A. Meyer

11297370.1