IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Phyllis A. Huster,<br><br>            Plaintiff,<br><br>v.<br><br>J2 Global Communication, Inc.,<br>Advanced Messaging Technologies, Inc.,<br>Unified Messaging Solutions, LLC,<br>Acacia Patent Acquisition LLC, and<br>Charles R. Bobo II,<br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 13-cv-06143<br><br>Honorable Joan H. Lefkow |

## NOTICE OF MOTION TO DISMISS
## BY DEFENDANT ACACIA RESEARCH GROUP LLC

TO: See Attached Certificate of Service

PLEASE TAKE NOTICE that on **Thursday, November 7, 2013 at 8:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Joan H. Lefkow, or any judge sitting in her stead, in Room 1925 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **Motion to Dismiss by Defendant Acacia Research Group LLC**, a copy of which is hereby served upon you.

Dated: October 28, 2013

                                          /s Julie A. Meyer

                                          Julie Ann Meyer
                                          ARNSTEIN & LEHR LLP
                                          120 South Riverside Plaza, Suite 1200
                                          Chicago, Illinois 60606
                                          (312) 876-7100

-1-

LITIOC/2082938v1/101023-0033

Marc J. Schneider (pro hac vice motion pending)
Sarah S. Brooks (pro hac vice motion pending)
STRADLING, YOCCA, CARLSON, & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
Telephone: (949) 725-4000
Facsimile: (949) 725-4100
mschneider@sycr.com
sbrooks@sycr.com
Attorneys for Defendant ACACIA RESEARCH
GROUP LLC

## CERTIFICATE OF SERVICE

I, Julie A. Meyer, attorney for Defendant ACACIA PATENT ACQUISITION LLC, certify that the foregoing **NOTICE OF MOTION TO DISMISS BY DEFENDANT ACACIA RESEARCH GROUP LLC** was filed electronically with the Clerk of the Court using the CM/ECF system on October 28, 2013, which will automatically send email notifications of such filing to all counsel of record.

s/ Julie A. Meyer

11297153.1