## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Phyllis A Huster

                                     Plaintiff,

v.                                                Case No.: 1:13–cv–06143
                                                Honorable Joan H. Lefkow

j2 Global Communications, Inc., et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 6, 2013:

      MINUTE entry before Honorable Joan H. Lefkow:Joint motion to set a briefing schedule [52] is granted. Plaintiff to file oppositions to Defendants' Motions to Dismiss [35], [36], [42], [44] on or before December 5, 2013. Defendants to file their reply briefs in support of their Motions to Dismiss on or before January 9, 2013. The November 7, 2013 presentment hearing on Defendants' Motions to Dismiss is stricken.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.