IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Phyllis A. Huster, <br><br> Plaintiff, <br><br> v. <br><br> j2 Global Communication, Inc., Advanced Messaging Technologies, Inc., Unified Messaging Solutions, LLC, Acacia Patent Acquisition LLC, and Charles R. Bobo II, <br><br> Defendants. | No. 13-cv-06143 <br><br> Hon. Joan Humphrey Lefkow |

**COUNSEL'S MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION
OF PLAINTIFF PHYLLIS A. HUSTER**

Undersigned counsel for Plaintiff, Phyllis A. Huster, respectfully move the Court to accept his withdrawal from represention of the Plaintiff, irreconcilable differences having arisen between the attorney and the client. Ms. Huster is seeking alternate counsel, who can step into the case without delay once selected and retained, if possible.

Apart from voluntary filing of an Amended Complaint, correcting the names of two of the parties, and clarifying and adding to some of the facts alleged, as indicated last week in our responses in opposition to the pending motions to dismiss, nothing now is due from Plaintiff in the case. The next step in the case is the Court's receipt and consideration of Defendants' Reply briefs, by January 9, attempting to support their pending motions to dismiss the Complaint.

This change of counsel is Ms. Huster's idea, which undersigned counsel accepts. Favorable consideration and granting of this motion are earnestly requested.

Dated:  December 10, 2013          Respectfully submitted,

/s/John R. Crossan
John R. Crossan
CROSSAN INTELLECTUAL PROPERTY LAW, LLC
444 N. Michigan Ave., #2600
Chicago, Illinois 60611
(312) 670-6860
(312) 264-0770 (facsimile)
jrc@crossaniplaw.com
*Attorney for Plaintiff Phyllis Huster*

**CERTIFICATE OF SERVICE**

The foregoing document is being filed electronically with the Clerk of the Court using the CM/ECF system on this 10th day of December, 2013, which will automatically send email notifications of such filing to all counsel of record, and a copy is being emailed to Ms. Huster at her usual email addresses.  .

/s/John R. Crossan