**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Phyllis A. Huster,<br>Plaintiff,<br><br>v.<br><br>J2 Global Communication, Inc.,<br>Advanced Messaging Technologies, Inc.,<br>Unified Messaging Solutions, LLC,<br>Acacia Patent Acquisition LLC, and<br>Charles R. Bobo II,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>No. 2013-cv-06143<br><br>Honorable Joan H. Lefkow |

**AGREED MOTION FOR AN EXTENSION OF**
**TIME TO FILE REPLY BRIEFS**

Defendants j2 Global, Inc. and Advanced Messaging Technologies, Inc., Charles R. Bobo, Unified Messaging Solutions, LLC, and Acacia Research Group LLC (collectively "Defendants"), by their attorneys, request a 14-day extension of time for Defendants to file their reply briefs in support of their Motions to Dismiss Plaintiff's Complaint, and in support state as follows:

1. On October 28, 2013, Defendants timely filed motions to dismiss Plaintiff's Complaint. (Doc. Nos. 35, 36, 42, 44.) Pursuant to the parties' Joint Motion for Entry of Agreed Briefing Schedule, the Court entered a schedule requiring the Plaintiff to respond to those motions on or before December 5, 2013, and for Defendants to file reply briefs on or before January 9, 2103. (Doc. No. 53.)

2. On December 10, 2013, Plaintiff's counsel filed a motion for leave to withdraw. (Doc. No. 61.) That motion is scheduled to be presented on January 7, 2014, two days prior to the current deadline for the filing of Defendants' reply briefs. Plaintiff's counsel

indicates in the motion to withdraw that the Plaintiff may seek to file an Amended Complaint. (Doc. No. 61.)

3. In light of Plaintiff's counsel's pending motion to withdraw, as well as the possibility that the Plaintiff will seek to file an Amended Complaint, Defendants request a two week extension, until and including January 23, 2014, to file their reply briefs in support of their motions to dismiss.

4. Defendants' request is not sought for the purpose of delaying the proceedings, and does not prejudice any party.

5. Counsel for the j2 Defendants contacted counsel for Plaintiff regarding the extension sought by this Motion, and received agreement directly from Plaintiff Phyllis Huster regarding the 14-day extension sought through this Motion.

WHEREFORE, Defendants respectfully request that this Court allow them to and including January 23, 2014 to file their reply briefs in support of their motions to dismiss the Complaint.

Dated: December 17, 2013

/s/William B. Berndt
Paula E. Litt
William B. Berndt
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
(312) 701-9300
(312) 701-9335 (facsimile)

Robert A. Sacks (*pro hac vice*)
Brian R. England (*pro hac vice*)
Edward E. Johnson (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
(310) 712-6600
(310) 712-8800 (facsimile)

*Attorneys for Defendants j2 Global, Inc. and Advanced Messaging Technologies, Inc.*

/s/Edward R. Nelson, III
Timothy E. Grochocinski
Illinois State Bar No. 6295055
INNOVALAW, P.C.
1900 Ravina Place
Orland Park, IL 60462
(708) 675-1974
teg@innovalaw.com

Edward R. Nelson, III (*pro hac vice*)
NELSON BUMGARDNER CASTO, PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
enelson@nbclaw.net

*Attorneys for Defendant Unified Messaging Solutions LLC*

/s/Jared E. Hedman
Timothy P. Maloney
Jared E. Hedman
FITCH, EVEN, TABIN &
FLANNERY LLP
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: 312-577-7000
Facsimile: 312-577-7007

*Attorneys for Defendant*
*Charles R. Bobo II*

/s/Sarah S. Brooks
Julie Ann Meyer
ARNSTEIN & LEHR, LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-6903
Email: jameyer@arnstein.com

Marc J. Schneider (*pro hac vice)*
Sarah S. Brooks (*pro hac vice*)
STRADLING, YOCCA, CARLSON, & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660
Telephone:  (949) 725-4000
Facsimile:  (949) 725-4100
mschneider@sycr.com
sbrooks@sycr.com

*Attorneys for Defendant*
*Acacia Research Group LLC*

## CERTIFICATE OF SERVICE

I, William B. Berndt, an attorney, hereby certify that I caused a copy of the foregoing **Motion for an Extension of Time to File Reply Briefs** to be filed electronically with the Clerk of the Court using the CM/ECF system on this 17th day of December, 2013, which will automatically forward notice to all counsel of record.

/s/William B. Berndt__________________
William B. Berndt