### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Phyllis A. Huster, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 13 C 6143 |
| | ) | |
| vs. | ) | Judge Joan H. Lefkow |
| | ) | |
| j2 Global Communications, Inc., et al. | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

Motion of John R. Crossin for leave to withdraw as counsel for plaintiff [61] is granted. Status hearing is set for 1/21/2014 at 11:00 a.m. for new counsel to appear. Defendants' motion for extension of time to 1/23/2014 to file reply briefs in support of motions to dismiss [62] is granted.

Date: January 6, 2014

_____
U.S. District Judge Joan H. Lefkow